**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| T & R TRUCK REPAIR, INC., | ) | Case No. 13-31181 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S INTENT TO SELL PROPERTY**
**FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. §363**

TO:   ALL CREDITORS AND PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that Robert E. Eggmann, Trustee in Bankruptcy of T & R Truck Repair, Inc. ("Trustee"), intends to sell Debtor T & R Truck Repair, Inc.'s various truck parts and shop tools (the "Tools") in a consignment auction to be held on May 9, 2015 at the American Farm Heritage Museum Building, 1355 Museum Avenue, Greenville, IL 62246. Auction Associates, P.O. Box 435, Highland, IL 62249 will advertise the Tools and Trustee will accept the highest offer received. Trustee will have discretion to accept or reject any offer if he believes it is the highest offer.

Any objections to the allowance of this sale or higher offers must be in writing and filed with this Court on or before May 5, 2015, with a copy of same to Trustee, P.O. Box 479, Collinsville, IL 62234.

If no objections are filed within the time set, said sale will be allowed and an appropriate Order may be entered. In the event that written objections are filed within the allowed time period, as provided in this Notice, a hearing will be held on May 12, 2015, at 9:00 a.m. in the United States Bankruptcy Court, 750 Missouri Avenue, East St. Louis, IL 62201.

14484601v1

The Tools are being sold free and clear of all liens and encumbrances pursuant to 11 U.S.C. §363.  Trustee does not believe there are any liens or encumbrances on the Tools. The Tools will be sold "as is".

Dated:  April 14, 2015

/s/ Robert E. Eggmann

ROBERT E. EGGMANN, Trustee
P.O. Box 479
1606 Eastport Plaza Drive, Suite 110
Collinsville, IL  62234
618.222.1900 (Telephone)
618.222.1919 (Fax)
REETrustee@demlawllc.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was served via ECF electronic noticing or by first class U.S. Mail, postage prepaid, on this 14th day of April, 2015, upon **Michael J. Benson, Esq.,** A Bankruptcy Law Firm, 801 Lincoln Highway, Suite B, Fairview Heights, IL  62208**,** the **Office of the U.S. Trustee**, Becker Building, Room 1100, 401 Main Street, Peoria, IL  61602, and all **Creditors and Parties-in-Interest** as listed on Debtor's Matrix.

/s/ Robert E. Eggmann

14484601v1